No. 99–6527. McDowell v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–6546. Panchal et al. v. United States. C. A. 11th Cir. Certiorari denied.

No. 99–6629. Vieux v. Pepe, Superintendent, Massachusetts Correctional Institution at Shirley, et al. C. A. 1st Cir. Certiorari denied.

No. 99–6688. Hackett v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 99–6737. Vaca-Hernandez v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–6838. McGinn v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 99–6844. Alejado v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–6846. McKendrick v. United States;
No. 99–6887. Ries v. United States; and
No. 99–7006. Reed v. United States. C. A. 9th Cir. Certiorari denied. Reported below: 177 F. 3d 824.

No. 99–6847. Lage v. United States; and
No. 99–6903. Diaz v. United States. C. A. 5th Cir. Certiorari denied. Reported below: 183 F. 3d 374.

No. 99–6905. Friend v. Reno, Attorney General, et al. C. A. 9th Cir. Certiorari denied.

No. 99–6965. Ayers et al. v. Fordice, Governor of Mississippi, et al. C. A. 5th Cir. Certiorari denied.

No. 99–6991. Keaton v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.

No. 99–6994. Lewis v. United States. C. A. 8th Cir. Certiorari denied.

No. 99–6995. Johnson v. Pennsylvania. Sup. Ct. Pa. Certiorari denied.